UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **HOWARD M. KERSTINE** : | |
| : | **CASE NO. C-1-02-080** |
| Plaintiff : | Judge Weber |
| : | |
| vs. : | |
| : | **NOTICE OF SUPPLEMENTAL** |
| **NINE WEST GROUP, INC.** : | **AUTHORITY** |
| **JONES APPAREL GROUP** : | |
| : | |
| Defendants : | |

Now comes Plaintiff to provide supplemental authority concerning the pending motion for summary judgment, in particular concerning the promissory estoppel issue which is addressed on page 8 and 9 of the recent decision in *Lemmo v. House of Larose Cleveland, Inc.,* 2003-Ohio-4346 (Ohio App. 8th Dist. August 14, 2003) (attached hereto).

.

       s/ Paul H. Tobias
       Paul H. Tobias – 0032415
       Tobias, Kraus & Torchia
       414 Walnut Street
       Suite 911
       Cincinnati, Ohio 45202
       (513) 241-8137
       (513) 241-7863 (fax)
       tkt@tktlaw.com

       s/ David D. Kammer
       David D. Kammer – 0061808
       Tobias, Kraus & Torchia
       414 Walnut Street
       Suite 911
       Cincinnati, Ohio 45202
       (513) 241-8137
       (513) 241-7863 (fax)
       davek@tktlaw.com
       Attorneys for Plaintiff

## **CERTIFICATE**

    I hereby certify that on September 26, 2003, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically serve Gary L. Greenberg, Esq., Denlinger, Rosenthal & Greenberg, 2310 Firstar Tower, 425 Walnut Street, Cincinnati, Ohio 45202 and I hereby certify that I have mailed by U.S. Postal Service the document to the following non CM/ECF participant: Conrad S. Kee, Esq., Jackson, Lewis Schnitzler & Krupman, 177 Broad Street, P.O. Box 251, Stamford, Connecticut 06904-0251 by ordinary U.S. Mail this 26th day of September, 2003.

                                                           s/ Paul H. Tobias  
                                                           Paul H. Tobias—0032415