UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| HOWARD KERSTINE, | : : | |
| Plaintiff, | : : | CIVIL ACTION NO. C-1-02-080 |
| v. | : : : | JUDGE WEBER |
| NINE WEST GROUP INC. and JONES APPAREL GROUP, | : : | November 4, 2003 |
| Defendants. | : : : | |

## MOTION ON CONSENT TO EXTEND DEADLINE

The defendants, Nine West Group Inc. and Jones Apparel Group, Inc. (sued herein as Jones Apparel Group) (hereinafter "Defendants"), with consent of Plaintiff Howard Kerstine, respectfully move the Court, pursuant to the Southern District of Ohio Civil Rule 6.1(b), 7.2 and 7.3, to modify the Court's April 25, 2003 Rescheduling Order. Specifically, Defendants request an extension of time with respect to the date the parties must submit their Joint Pretrial Order. The Joint Pretrial Order is currently due by November 5, 2003. Defendants request this deadline be extended for seven days to November 12, 2003.

Defendant make this request because counsels' other commitments have precluded them from reviewing proposed submissions and completing their own submissions by the current due date.

This is Defendants' first request to extend this deadline.

Plaintiff's counsel has been informed of this motion and consents to it.

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

WHEREFORE, Defendants, with consent of Plaintiff, respectfully request an extension of time for filing the Joint Pretrial Order to November 12, 2003.

        Respectfully submitted,

        DEFENDANTS
        NINE WEST GROUP INC. and
        JONES APPAREL GROUP, INC.

By:  s/ Gary L. Greenberg
       Gary L. Greenberg (0023180)
       DENLINGER, ROSENTHAL
       & GREENBERG CO., L.P.A.
       2310 Firstar Tower
       425 Walnut Street
       Cincinnati, Ohio 45202
       (513) 621-3440 (Telephone)
       (513) 621-4449 (Facsimile)

       Trial Attorney for Defendants

OF COUNSEL:
Conrad S. Kee
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, Connecticut 06904-0251
(203) 961-0404 (Telephone)
(203) 324-4704 (Facsimile)

## **ORDER**

The foregoing Motion having been heard, it is hereby GRANTED/DENIED.

_____
UNITED STATES DISTRICT COURT


_____
DATE

**CERTIFICATION OF SERVICE**

I hereby certify that on this 4th day of November, 2003, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. mail to those parties who are not served via the Court's electronic filing system.

               s/ Gary L. Greenberg

*106830*