# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **HOWARD M. KERSTINE** | : | |
| | : | **CASE NO. C-1-02-080** |
| Plaintiff | : | Judge Weber |
| | : | |
| vs. | : | |
| | : | **PLAINTIFF'S SUBMISSION** |
| **NINE WEST GROUP, INC.** | : | **OF JOINT FINAL PRETRIAL** |
| **JONES APPAREL GROUP** | : | **ORDER** |
| | : | |
| Defendants | : | |

Attached hereto is Plaintiff's proposal for the Joint Final Pretrial Order. Plaintiff submitted similar proposals to Defendants in June 2003 and October 2003 and has since received no counterproposal from Defendants.

.

s/ Paul H. Tobias
Paul H. Tobias – 0032415
Tobias, Kraus & Torchia
414 Walnut Street
Suite 911
Cincinnati, Ohio 45202
(513) 241-8137
(513) 241-7863 (fax)
tkt@tktlaw.com

s/ David D. Kammer
David D. Kammer – 0061808
Tobias, Kraus & Torchia
414 Walnut Street
Suite 911
Cincinnati, Ohio 45202
(513) 241-8137
(513) 241-7863 (fax)
davek@tktlaw.com
Attorneys for Plaintiff

## **CERTIFICATE**

    I hereby certify that on November 12, 2003, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically serve Gary L. Greenberg, Esq., Denlinger, Rosenthal & Greenberg, 2310 Firstar Tower, 425 Walnut Street, Cincinnati, Ohio 45202 and I hereby certify that I have mailed by U.S. Postal Service the document to the following non CM/ECF participant: Conrad S. Kee, Esq., Jackson, Lewis Schnitzler & Krupman, 177 Broad Street, P.O. Box 251, Stamford, Connecticut 06904-0251 by ordinary U.S. Mail this 12th day of November, 2003.

                                          s/ Paul H. Tobias  
                                          Paul H. Tobias—0032415