UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| HOWARD KERSTINE, | : | |
| | : | CIVIL ACTION NO. C-1-02-080 |
| Plaintiff, | : | |
| | : | JUDGE WEBER |
| v. | : | |
| | : | |
| NINE WEST GROUP INC. and | : | |
| JONES APPAREL GROUP, | : | November 13, 2003 |
| | : | |
| Defendants. | : | |
| | : | |

## MOTION ON CONSENT TO EXTEND DEADLINE

The defendants, Nine West Group Inc. and Jones Apparel Group, Inc. (sued herein as Jones Apparel Group) (hereinafter "Defendants"), with the consent of the plaintiff, Howard Kerstine, respectfully move the Court, pursuant to the Southern District of Ohio Civil Rule 6.1(b), 7.2 and 7.3, to modify the Court's April 25, 2003 Rescheduling Order, as amended on November 5, 2003.  Specifically, Defendants request an extension of time with respect to the date the parties must submit their Joint Pretrial Order.  The Joint Pretrial Order is currently due by November 12, 2003.  Defendants request this deadline be extended seven days to November 19, 2003.

Defendant make this request because counsels' other commitments have precluded them from reviewing proposed submissions and completing their own submissions by the current due date.

This is Defendants' second request to extend this deadline.

Plaintiff's counsel has been informed of this motion and consents to it.

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

WHEREFORE, Defendants, with consent of Plaintiff, respectfully request an extension of time for filing the Joint Pretrial Order to November 19, 2003.

                Respectfully submitted,

                DEFENDANTS
                NINE WEST GROUP INC. and
                JONES APPAREL GROUP, INC.

By:   s/ Gary L. Greenberg
      Gary L. Greenberg (0023180)
      DENLINGER, ROSENTHAL
        & GREENBERG CO., L.P.A.
      2310 U.S. Bank Tower
      425 Walnut Street
      Cincinnati, Ohio 45202
      (513) 621-3440 (Telephone)
      (513) 621-4449 (Facsimile)

      Trial Attorney for Defendants

OF COUNSEL:
Conrad S. Kee
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, Connecticut 06904-0251
(203) 961-0404 (Telephone)
(203) 324-4704 (Facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November, 2003, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                                             s/ Gary L. Greenberg

*106876*