IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KERSTINE,

    Plaintiff

v                                     Civil: C-1-02-80

NINE WEST,

    Defendant

**ORDER**

The above styled case is before the Court on Defendant's Unopposed Motion to Extend (#46). The Court upon review of the record GRANTS said motion. The deadline for filing the Joint Pretrial Order is extended to November 19, 2003.

**IT IS SO ORDERED.**

                                                      s/Herman J. Weber
                                             **Herman J. Weber, Senior Judge**
                                             **United States District Court**