IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HOWARD M. KERSTINE,

    Plaintiff

v                                            Civil: C-1-02-80

NINE WEST GROUP, INC.,

    Defendant

## ORDER

Parties are advised that the above styled case is SCHEDULED as #2 for Jury Selection on Monday, December 8, 2003 at 9:00 a.m.

Counsel shall appear with their client and/or a representative with settlement authority for a Final Pretrial Conference on Tuesday, December 2, 2003 at 9:00 a.m.

**IT IS SO ORDERED.**

                                          **s/Herman J. Weber**
                                          **Herman J. Weber, Senior Judge**
                                          **United States District Court**