IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KERSTINE,

    Plaintiff

v                              Civil C-1-02-80

NINE WEST,

    Defendant

## ORDER

Defendants Motion for Extension of Time (#51) is GRANTED. Defendants shall file their Request for Jury Instructions, Special Verdict and Trial Exhibits by November 26, 2003.

**IT IS SO ORDERED.**

                                                s/Herman J. Weber
                                                **Herman J. Weber, Senior Judge**
                                                **United States District Court**