UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| HOWARD KERSTINE, | : | |
| | : | CIVIL ACTION NO. C-1-02-080 |
| Plaintiff, | : | |
| | : | JUDGE WEBER |
| v. | : | |
| | : | |
| NINE WEST GROUP INC. and | : | |
| JONES APPAREL GROUP, | : | November 26, 2003 |
| | : | |
| Defendants. | : | |

## MOTION ON CONSENT TO EXTEND DEADLINE
## FOR SUBMISSION OF TRIAL EXHIBITS

The defendants, Nine West Group Inc. and Jones Apparel Group, Inc. (sued herein as Jones Apparel Group) (hereinafter "Defendants"), with the consent of the plaintiff, Howard Kerstine, and pursuant to the Southern District of Ohio Civil Rule 6.1(b), 7.2 and 7.3, respectfully move the Court for an extension of time to file Trial Exhibits. Specifically, Defendants request one additional business day to submit these items, which, pursuant to the Court's November 26, 2003 Order, are currently due November 26, 2003. After the one-day extension, these items will be due November 28, 2003.

Defendants make this request because, due to a delivery problem with the overnight courier, Defendants' Trial Exhibits were not delivered to the Court today, as ordered by the Court and as Defendants' intended.

This is Defendants' second request to extend this deadline.

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

Defendants' counsel advised Plaintiff's counsel of this motion and Plaintiff's counsel consents to it.

WHEREFORE, Defendants respectfully request an extension of time the parties to file Trial Exhibits to November 28, 2003.

>Respectfully submitted,
>
>DEFENDANTS
>NINE WEST GROUP INC. and
>JONES APPAREL GROUP, INC.
>
>By:  s/ Gary L. Greenberg
>Gary L. Greenberg (0023180)
>DENLINGER, ROSENTHAL
>& GREENBERG CO., L.P.A.
>2310 U.S. Bank Tower
>425 Walnut Street
>Cincinnati, Ohio 45202
>(513) 621-3440 (Telephone)
>(513) 621-4449 (Facsimile)
>
>Trial Attorney for Defendants

OF COUNSEL:
Conrad S. Kee
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, Connecticut 06904-0251
(203) 961-0404 (Telephone)
(203) 324-4704 (Facsimile)

## **ORDER**

The foregoing Motion having been heard, it is hereby GRANTED/DENIED.

_____
UNITED STATES DISTRICT COURT

_____
DATE