UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **HOWARD M. KERSTINE** | : | |
| | : | CASE NO. C-1-02-080 |
| Plaintiff | : | Judge Weber |
| | : | |
| vs. | : | JOINT MOTION CONCERNING |
| | : | FILING OF DEMONSTRATIVE |
| **NINE WEST GROUP, INC.** | : | <u>EVIDENCE</u> |
| **JONES APPAREL GROUP** | : | |
| | : | |
| Defendants | : | |

Now come the parties requesting an extension of time until December 4, 2003 to file demonstrative evidence to be used at trial to opposing counsel. Further the parties request until December 5, 2003 to file objections with the court concerning the demonstrative evidence.

                                                Respectfully submitted,


                                                s/Paul H. Tobias
                                                Paul H. Tobias – 0032415
                                                David D. Kammer - 0061808
                                                Tobias, Kraus & Torchia
                                                414 Walnut Street
                                                Suite 911
                                                Cincinnati, Ohio 45202
                                                (513) 241-8137
                                                (513) 241-7863 (fax)
                                                Attorneys for Plaintiff

2

        Gary L. Greenberg – 0023180
        Denlinger, Rosenthal & Greenberg
        2310 Firstar Tower
        425 Walnut Street
        Cincinnati, Ohio 45202
        (513) 621-3440
        (513) 621-4449 (fax)

        s/Conrad S. Kee
        Conrad S. Kee –
        Jackson Lewis Schnitzler & Krupman
        177 Broad Street
        P.O. Box 251
        Stanford, Connecticut 06904
        (203) 961-0404
        (203) 324-4704 (fax)
        Attorneys for Defendant