**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **HOWARD M. KERSTINE** | : | |
| | : | **CASE NO. C-1-02-080** |
| Plaintiff | : | Judge Weber |
| | : | |
| vs. | : | **PLAINTIFF'S MOTION TO** |
| | : | **WAIVE APPEARANCE OF** |
| **NINE WEST GROUP, INC.** | : | <u>**PLAINTIFF AT PRETRIAL**</u> |
| **JONES APPAREL GROUP** | : | |
| | : | |
| Defendants | : | |

Now comes Plaintiff requesting that he be permitted to attend the Pretrial Conference by Speaker Phone and waive personal appearance.

Respectfully submitted,

s/Paul H. Tobias
Paul H. Tobias – 0032415
David D. Kammer - 0061808
Tobias, Kraus & Torchia
414 Walnut Street
Suite 911
Cincinnati, Ohio 45202
(513) 241-8137
(513) 241-7863 (fax)
Attorneys for Plaintiff

1

Plaintiff lives in Prescott, Arizona.  Travel to the Pretrial Conference would be expensive and difficult.  Plaintiff can make himself available by telephone and attend by calling in on speaker phone.  Plaintiff's counsel has settlement authority and would be in telephone communication with Plaintiff at the Pretrial.

Respectfully submitted,

s/Paul H. Tobias
Paul H. Tobias – 0032415
David D. Kammer - 0061808
Tobias, Kraus & Torchia
414 Walnut Street
Suite 911
Cincinnati, Ohio 45202
(513) 241-8137
(513) 241-7863 (fax)
Attorneys for Plaintiff

I hereby certify that on November 28, 2003, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically serve Gary L. Greenberg, Esq., Denlinger, Rosenthal & Greenberg, 2310 Firstar Tower, 425 Walnut Street, Cincinnati, Ohio 45202 and I hereby certify that I have mailed by U.S. Postal Service the document to the following non CM/ECF participant: Conrad S. Kee, Esq., Jackson, Lewis Schnitzler & Krupman, 177 Broad Street, P.O. Box 251, Stamford, Connecticut 06904-0251 by ordinary U.S. Mail this 28th day of November, 2003.

s/ Paul H. Tobias
Paul H. Tobias—0032415