**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **HOWARD M. KERSTINE** | : | |
| | : | CASE NO. C-1-02-080 |
| Plaintiff | : | Judge Weber |
| | : | |
| vs. | : | |
| | : | **PLAINTIFF'S OBJECTIONS** |
| **NINE WEST GROUP, INC.** | : | **TO DEFENDANTS'** |
| **JONES APPAREL GROUP** | : | <u>**DEPOSITION DESIGNATIONS**</u> |
| | : | |
| Defendants | : | |

    Now comes Plaintiff and submits to the Court Plaintiff's objections to Defendants' deposition designations. Plaintiff objects to the following:

    Kerstine deposition pages 50-57—Plaintiff objects to relevance because Plaintiff's heart condition is no longer at issue.

    Paterno deposition page 15—Plaintiff objects to Mr. Paterno's competence to testify as to what Plaintiff knew.

                                        Respectfully submitted,

                                        s/ Paul H. Tobias
                                        Paul H. Tobias – 0032415
                                        David D. Kammer--0061808
                                        Tobias, Kraus & Torchia
                                        414 Walnut Street
                                        Suite 911
                                        Cincinnati, Ohio 45202
                                        (513) 241-8137
                                        (513) 241-7863 (fax)
                                        tkt@tktlaw.com
                                        Attorneys for Plaintiff

## **CERTIFICATE**

    I hereby certify that on December 1, 2003, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically serve Gary L. Greenberg, Esq., Denlinger, Rosenthal & Greenberg, 2310 Firstar Tower, 425 Walnut Street, Cincinnati, Ohio 45202.

                                        s/ Paul H. Tobias
                                        Paul H. Tobias—0032415