UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**FINAL PRETRIAL CONFERENCE**

KERSTINE,

v                                                                    Civil: C-02-80

NINE WEST,


Court Personnel Present:

HONORABLE HERMAN J. WEBER

Court Reporter J. Wolfer (Official)

Law Clerk: L. Ahern

-------------------------------------------------------------------------------------------------------
**Appearances:** P. Tobias, D. Kammer & D. Torchia for Pltf; Conrad Kee for Deft..


Case called for a Final Pretrial Conference. Conference held in Chambers.  Joint oral request for continuance Granted.  Order to issue.


Date: Tuesday, December 2, 2003
TIME: 9:00 a.m. - 10:20 a.m.