IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HOWARD KERSTINE,

    Plaintiff

v                                   Civil C-1-02-80

NINE WEST GROUP INC.,
    Defendant

## ORDER

Pursuant to the record established at the Conference held on December 2, 2003, the joint oral request for continuance of Trial is GRANTED.  Trial in the above styled case is hereby RESCHEDULED to the April 2003 trial term.

**IT IS SO ORDERED.**

                                            **s/Herman J. Weber**
                                            **Herman J. Weber, Senior Judge**
                                            **United States District Court**