UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **HOWARD M. KERSTINE** | : | **CASE NO. C-1-02-080** |
| Plaintiff | : | Judge Weber |
| vs. | : | **CONSENT AND ORDER OF REFERENCE** |
| **NINE WEST GROUP, INC.** **JONES APPAREL GROUP** | : | |
| Defendants | : | |

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties, in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Presented | Signatures | Date |
|---|---|---|
| Nine West Jones Apparel Group | s/Conrad S. Kee s/Gary Greenberg | January 6, 2004 |
| Howard Kerstine | s/Paul H. Tobias | January 6, 2004 |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to Magistrate Timothy Hogan United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

1/8/04
Date

United States District Judge

1