J:\CRUMBA\NOTICES\newNOTICE.WPD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Howard M. Kerstine,
    Plaintiff,

v.                                          Case No.  1:02cv0080
                                                    (Hogan, M.J.)

Nine West Group, Inc., et al.,
    Defendants.

_____

**Preliminary Pretrial Conference Notice**

_____

> YOUR ATTENTION IS CALLED TO THE FOLLOWING: Effective December 2, 2000, significant revisions were made to the Fed. R. Civ. P., with the result that the Southern District of Ohio no longer has the authority to opt-out of either the MANDATORY DISCLOSURE RULES of Fed. R. Civ. P. 26(a)(1), or the MANDATORY DISCOVERY CONFERENCE of counsel and any *pro se* parties required by Fed. R. Civ. P. 26(f).  Accordingly, as soon as practicable, but in any event, no later than receipt of notice of the Preliminary Pretrial Conference by the Court, all counsel and any *pro se* parties shall agree on a date for their discovery conference as required by Fed. R. Civ. P. 26(f), which must be held <u>no later than twenty-one (21) days</u> before the Preliminary Pretrial Conference.  In addition, the parties must file their report required by said Rule (see attached form) <u>no later than fourteen (14) days</u> after the Discovery Conference, but in any event, <u>no later than seven (7) days</u> before the Preliminary Pretrial Conference.  Unless otherwise agreed in the Discovery Plan, the parties shall make the disclosures required by Fed. R. Civ. P. 26(a)(1) at or <u>within fourteen (14) days</u> after the Discovery Conference.  **IT IS NOT NECESSARY TO FILE YOUR RULE 26(a)(1) DISCLOSURES WITH THE COURT.**  It is only necessary to file the attached Rule 26(f) Report of the Parties within the required time.

    **The Court has scheduled a Preliminary Pretrial/Status conference with regard to settlement in the above matter before the Honorable Timothy S. Hogan on:**

**Wednesday, February 11, 2004, at 10:30 am
706 Potter Stewart United States Courthouse**

                                                                            <u>     S/Barbara A. Crum     </u>
                                                                                    Courtroom Deputy

cc:  All Counsel
bac January 9, 2004
J:\CRUMBA\NOTICES\newNOTICE.WPD

> You can obtain all the pretrial forms such as the Rule 26(f) report and trial procedures used by the trial Judge by visiting our website at:
>
>                         www.ohsd.uscourts.gov
>
> Click on Judges and then on Procedures and Forms beside the Judge's address.
> If you do not have the ability to access the Website for the Judge's procedures and forms, please contact the Clerk's Office in Room 324 of the Potter Stewart US Courthouse.