J:\CRUMBA\FORMS\CALENDAR\2002\02-080.wpd

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Howard M. Kerstine,
    Plaintiff,

v.                                                          Case No. 1:02cv0080
                                                            (Hogan, M.J.)

Nine West Group, Inc., et al.,
    Defendants.

---

### NOTICE

---

    Please take notice that the above-captioned case which had been set for a telephonic status/scheduling conference on February 11, 2004, will be reset before the Honorable Timothy S. Hogan on:

    Tuesday, January 20, 2004, at 10:00 am

    Parties are reminded to contact the Court approximately five (5) minutes prior to 10:00 am at 513-564-7650.

    Timothy S. Hogan
    United States Magistrate Judge


    S/Barbara A. Crum
    Barbara A. Crum
    Courtroom Deputy

cc:    All counsel
bac    January 12, 2004J:\CRUMBA\FORMS\CALENDAR\2002\02-080.wpd