UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Howard M. Kerstine,
       Plaintiff,

       v.                              Case No. 1:02cv0080
                                     (Hogan, M.J.)

Nine West Group, Inc., et al.,
       Defendants.

## CALENDAR ORDER

This case shall proceed as follows:

1. Joint final pretrial order: **October 4, 2004**

2. Final pretrial conference: **October 7, 2004, at 2:00 pm**

3. Jury Instructions: **October 8, 2004**

4. Jury Trial: **November 15, 2004, at 9:30 am**

IT IS SO ORDERED.


Date   1/20/2004                    s/Timothy S. Hogan
bac      January 20, 2004          Timothy S. Hogan
J:\CRUMBA\FORMS\CALENDAR\2002\02-080.wpd    United States Magistrate Judge

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.