IN THE UNITED STATES DISTRICT COURT
                     FOR THE SOUTHERN DISTRICT OF OHIO
                              EASTERN DIVISION

Howard M. Kerstine,

vs.                                             NOTICE
                                                CASE NUMBER: 1:02-cv-0080
Nine West Group, Inc., et al.,
                                                Magistrate Judge Hogan


[ x ]    **TAKE NOTICE** that a settlement conference in this case has been set for the place, date, and time set forth below before the Honorable Terence P. Kemp:

Place:   United States District Court          **ROOM NUMBER 172**
         85 Marconi Boulevard
         Columbus OH  43215                    **MARCH 3, 2004 @ 9:30 A.M.**


Type of Proceedings:    **SETTLEMENT CONFERENCE**

Unless otherwise ORDERED either by the Court, on its own motion or at the request of the parties, the **rules for mediation** are:
1. **Each party** and the **trial attorney** must **attend.**
2. No later than February 19, 2004, **plaintiff** must serve a fully documented written **settlement demand** on the Magistrate Judge and counsel for all other parties.
3. No later than February 26, 2004, **defendant** must make a reasoned written **response** served on all counsel and the Magistrate Judge.
4. All settlement discussions shall be subject to Federal Evidence Rule 408.


                                    TERENCE P. KEMP
                                    UNITED STATES MAGISTRATE JUDGE
Date:  February 3, 2004              /s/ Wanda J. Harrison
                                    (BY)Wanda Harrison, Deputy Clerk
                                    (614) 719-3023