UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Howard M. Kerstine,
    Plaintiff,

v.                                                          Case No.  1:02cv0080
                                                            (Hogan, M.J.)
Nine West Group, Inc., et al.,
    Defendants.

## AMENDED CALENDAR ORDER

This case shall proceed as follows:

1. Motion filing deadline: **October 15, 2004**

2. Memorandum in opposition deadline: **October 22, 2004**

3. Reply deadline: **October 26, 2004**

4. Joint final pretrial order: **Submitted to the Court 3 days prior to FPTC**

5. Final pretrial conference: **November 3, 2004, at 9:00 am**

6. Jury Instructions: **Submitted to the Court 7 days prior to Trial**

7. Jury Trial: **November 15, 2004, at 9:30 am, courtroom to be determined**

IT IS SO ORDERED.


Date   10/8/2004                                s/Timothy S. Hogan
bac   October 8, 2004                     Timothy S. Hogan
                                          United States Magistrate Judge


You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.