UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| HOWARD KERSTINE, | : | |
| | : | CIVIL ACTION NO. C-1-02-080 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NINE WEST GROUP INC. and | : | |
| JONES APPAREL GROUP, | : | October 22, 2004 |
| | : | |
| Defendants. | : | |

**MOTION ON CONSENT FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S MOTION IN LIMINE**

Defendants Nine West Group Inc. and Jones Apparel Group, Inc., hereby move for an extension of time until October 27, 2004 to respond to Plaintiff's October 15, 2004 Motion in Limine and until November 3, 2004 for Plaintiff to file any reply to Defendants' opposition. In support of this motion, defendants state as follows:

1. Defendants were unaware until October 22, 2004 that Plaintiff had filed or intended to file a Motion in Limine and are unable to prepare an opposition within the previously established deadline.;

2. Defendants have consulted with Plaintiff regarding this Motion. Plaintiff consents to this motion.

**ORAL ARGUMENT IS REQUESTED
TESTIMONY IS NOT REQUIRED**

3. No previous extensions have been granted regarding the subject of this Motion.

4. A consent order is attached.

                DEFENDANTS,
                NINE WEST GROUP INC. and
                JONES APPAREL GROUP, INC.

            By:   s/ Gary L. Greenberg
                Gary L. Greenberg (0023180)

Of counsel:                   DENLINGER, ROSENTHAL & GREENBERG
Conrad S. Kee               A Legal Professional Association
JACKSON LEWIS LLP       425 Walnut Street
177 Broad Street             Suite 2310
P.O. Box 251                  Cincinnati, Ohio 45202
Stamford, Connecticut 06904-0251  (513) 621-3440 (Telephone)
(203) 961-0404             (513) 621-4449 (Facsimile)
(203) 324-4704 (Fax)

                                    Trial Attorney for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| HOWARD KERSTINE, | : | |
| | : | CIVIL ACTION NO. C-1-02-080 |
| Plaintiff, | : | |
| v. | : | |
| NINE WEST GROUP INC. and | : | |
| JONES APPAREL GROUP, | : | October 22, 2004 |
| Defendants. | : | |

**ORDER ON MOTION ON CONSENT FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S MOTION IN LIMINE**

Pursuant to Defendants' motion for extension of time filed on October 22, 2004:

1. Defendants may file their opposition to Plaintiff's Motion in Limine on or before October 27, 2004;

2. Plaintiff may file a reply brief in support of Plaintiff's Motion in Limine on or before November 3, 2004.

_____
TIMOTHY J. HOGAN
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATION OF SERVICE**

      I hereby certify that on this 22nd day of October, 2004, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                                _s/ Gary L. Greenberg_