UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

HOWARD KERSTINE,

        Plaintiff,

v.

NINE WEST GROUP INC. and
JONES APPAREL GROUP,

        Defendants.

CIVIL ACTION NO. C-1-02-080

October 22, 2004

### ORDER ON MOTION ON CONSENT FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION IN LIMINE

Pursuant to Defendants' motion for extension of time filed on October 22, 2004:

1. Defendants may file their opposition to Plaintiff's Motion in Limine on or before October 27, 2004;

2. Plaintiff may file a reply brief in support of Plaintiff's Motion in Limine on or before November 3, 2004.

_____
TIMOTHY J. HOGAN
UNITED STATES MAGISTRATE JUDGE

3