UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **HOWARD M. KERSTINE** | : | |
| | : | CASE NO. C-1-02-080 |
| Plaintiff | : | Judge Weber |
| | : | |
| vs. | : | |
| | : | **NOTICE OF FILING** |
| **NINE WEST GROUP, INC.** | : | **DEPOSITIONS** |
| **JONES APPAREL GROUP** | : | |
| | : | |
| Defendants | : | |

    Now comes Plaintiff and hereby gives notice of the manual filing of the depositions of Aida Tejero-DeColli, Jackie Orris, Geoffrey Ward, Susan Itzkowitz, Mim Schreck and Richard Paterno.

    Respectfully submitted,

s/ Paul H. Tobias
Paul H. Tobias – 0032415
David D. Kammer--0061808
Tobias, Kraus & Torchia
414 Walnut Street
Suite 911
Cincinnati, Ohio 45202
(513) 241-8137
(513) 241-7863 (fax)
tkt@tktlaw.com
Attorneys for Plaintiff

## CERTIFICATE

    I hereby certify that on October 28, 2004, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically serve Gary L. Greenberg, Esq., Denlinger, Rosenthal & Greenberg, 2310 Firstar Tower, 425 Walnut Street, Cincinnati, Ohio 45202 and I hereby certify that I have mailed by U.S. Postal Service the document to the following non CM/ECF participant: Conrad S. Kee, Esq., Jackson, Lewis Schnitzler & Krupman, 177 Broad Street, P.O. Box 251, Stamford, Connecticut 06904-0251 by ordinary U.S. Mail this 28th day of October, 2004.

    s/ Paul H. Tobias
Paul H. Tobias—0032415

1