# APPENDIX A

**Plaintiff's Witness List**

| NAME | ADDRESS | TESTIMONY SYNOPSIS |
|---|---|---|
| Howard Kerstine | 1485 Pine Tree Lane<br>Prescott, Arizona 86303 | Will testify concerning all aspects of his claims and as per his deposition. |
| Marilyn Kerstine | 1485 Pine Tree Lane<br>Prescott, Arizona 86303 | Will testify concerning Plaintiff's claims of promissory estoppel, as well as various aspects of damages including emotional distress. |
| Robert Deaton | C/O Defendants | Will testify concerning his job responsibilities before and after Plaintiff's termination and concerning Plaintiff's duties and qualifications compared with others. |
| Robert Stix | 118 Cuyama Road<br>Ojai, California 93023 | Will testify as per his declaration concerning industry standard practice in layoffs and practices used in Defendants' past layoffs in comparison with practices employed during Plaintiff's termination. |
| James Hurley | 6695 South A-1-A Highway<br>Melbourne Beach, Florida 32951 | Will testify as per his declaration concerning Plaintiff's extensive qualifications and experience. |
| Jerry Hemphill | 4545 North River Drive<br>Cumming, Georgia 30041 | Will testify as per his declaration and concerning Plaintiff's extensive qualifications and experience, as well as Defendants' bias against older employees. |
| Arthur Parks | 8228 Lakeridge Drive<br>West Chester, Ohio 45069 | Will testify as per his declaration concerning Plaintiff's extensive qualifications and experience, as well as Defendants' bias against older employees and his own experience. |
| Brent Ryman | 99 West Arroyo Street<br>Reno, Nevada 89505 | Will testify as per his declaration. |
| Company Representatives | C/O Defendant | Will Identify and authenticate documents. Will testify as-on- |

|  |  | cross as per their depositions |
|---|---|---|