## APPENDIX B

**Defendants' Witness List**

| | | |
|---|---|---|
| 1. | Muriel Schreck | Will testify as to certain aspects the decision to reduce force and circumstances leading to the termination of Plaintiff's employment. |
| 2. | Susan Itzkowitz | Will testify as to certain aspects of the decision to reduce force and circumstances leading to the termination of Plaintiff's employment. |
| 3. | Jackie Orris | Will testify as to certain aspects the decision to reduce force and circumstances leading to the termination of Plaintiff's employment, and Defendants' good faith effort to comply with the ADEA and the other anti-discrimination laws applicable to this case. |
| 4. | Geoffrey Ward | Will testify as to certain aspects the decision to reduce force and circumstances leading to the termination of Plaintiff's employment. |
| 5. | Richard Paterno | Will testify as to the circumstances of Plaintiff's decision to take the Regional Sales Director position and remain in Cincinnati. Will also testify about his own employment agreement with Defendants, the general employment practices at Defendants and his discussions with Plaintiff about Plaintiff's employment with Defendants. |
| 6. | Aida Tejero-DeColli | Will testify as to certain aspects the decision to reduce force and circumstances leading to the termination of Plaintiff's employment, and Defendants' good faith effort to comply with the ADEA and the other anti-discrimination laws applicable to this case. |
| 7. | Howard Kerstine | Plaintiff. Will testify as to all aspects of his employment and claims herein. |