## APPENDIX C

## JOINT EXHIBITS

I.   List of Names, Positions and Dates of Birth of Easy Spirit Wholesale Sales Staff at Time of August 2001 Reduction in Force (attached to Defendants' Memorandum of Law in Support of Motion for Summary Judgment at Tab 1).

II.  [omitted]

III. Plaintiff's 1997/1998 Annual Performance Appraisal – Self.

IV.  Plaintiff's 1998 Annual Performance Appraisal – Self.

V.   Plaintiff's 10/30/99 personal journal entry.

VI.  Plaintiff's notes regarding substance of Plaintiff's telephone with Mim Schreck and Jackie Orris (entitled "Transcript – svd as trnscrpt – Phone conversation Dtd Aug 7, 2001/12:30 PM").