UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **HOWARD M. KERSTINE** | : | |
| | : | CASE NO. 1:02-CV-080 |
| Plaintiff | : | Judge Hogan |
| | : | |
| vs. | : | **PLAINTIFF'S DESIGNATION** |
| | : | **OF PORTIONS OF** |
| **NINE WEST GROUP, INC.** | : | **DEPOSITIONS TO BE READ** |
| **JONES APPAREL GROUP** | : | |
| | : | |
| Defendants | : | |

Now comes Plaintiff and designates the attached portions of depositions to be read at trial:

Respectfully submitted,

Paul H. Tobias – 0032415
David D. Kammer – 0061808
Tobias, Kraus & Torchia
414 Walnut Street
Suite 911
Cincinnati, Ohio 45202
(513) 241-8137
(513) 241-7863 (fax)
Attorneys for Plaintiff

### CERTIFICATE

I hereby certify that on November 2, 2004, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically serve Gary L. Greenberg, Esq., Denlinger, Rosenthal & Greenberg, 2310 Firstar Tower, 425 Walnut Street, Cincinnati, Ohio 45202 and I hereby certify that I have mailed by U.S. Postal Service the document to the following non CM/ECF participant: Conrad S. Kee, Esq., Jackson, Lewis Schnitzler & Krupman, 177 Broad Street, P.O. Box 251, Stamford, Connecticut 06904-0251 by ordinary U.S. Mail this 2nd day of November, 2004.

s/ Paul H. Tobias
Paul H. Tobias—0032415

1