- 1 -

APPENDIX F

PORTIONS OF DEPOSITIONS
TO BE OFFERED BY PLAINTIFF

| DEPONANT'S NAME | PAGE NUMBER(S) |
| --- | --- |
| Kerstine, Howard | 7-9, 11-12, 13-14, 17, 23, 30, 31, 32, 36, 44-46, 71-71-72, 78, 78-79, 80-81, 81, 86, 87, 89, 93-95, 107, 107, 107-109, 107-108, 108, 110, 113, 135, 136, 184, 192, 196 |
| Kerstine, Howard #2 | 35, 46 |
| Itzkowtiz, Susan | Cover page showing October 7, 2002 date of deposition.  Page 4: Line 25; Page 5: Line 1-12; Page 7: Line 1-12,18-25; Page 8: Line 7-25; Page 9: Line 8-18; Page 10: Line 2-4; Page 11: Line 16-23; Page 12: Line 14-16; Page 13: Line 7-13; Page 14: Line 12-20; Page 15 Line:4-9; Page 17: Line 10-14; Page 23: Line 12-16; Page 43: Line 24-25; Page 44: Line 1-25; Page 45: Line 1-6,13-25; Page 46: Line 1-25; Page 47: Line 1-25; Page 48: Line 1-25; Page 61:  Line 15-23; Page 71: Line 21-24; Page 72: Line 1-18 |
| Ward, Geoffrey | Page 4: Line 9-10; Page 5: Line 8-16; Page 6: Line 15-25; Page 7: Line 2-24; Page 8: Line 4-15; Page 10: Line 10-18; Page 11: Line 10-18; Page 32: Line 10-16; Page 37: Line 10-18; Page 43: Line 6-25; Page 44: Line 2-12,21-24; Page 45: Line 13-25; Page 46: Line 1-25; Page 47: Line 2-16; Page 49: Line 21-25; Page 50: Line 2-21; Page 56: Line 7-10; Page 86: Line 2-25; Page 87: Line 4-7; Page 94: Line 7-25; Page 95: Line 1-3; Page 104: Line 4-25; Page 105: Line 2-4; Page 107: Line 5-25; Page 108: Line 2-6-16-25; Page 109: Line 2-5; Page 110: Line 19-25; Page 111: Line 2-4<br><br>Page 5: Line 2- Page 8: Line 3 background; Page 17: Line 13; Page 19: Line 4; Page 32: Line 13-25; Page 42: Line 15; Page 44: Line 7; Page 44: Line 8- Page 47: Line 7; Page 49: Line 4; Page 50: Line 6; Page 50: Line 7-18; Page 60: Line 16; Page 61: Line 13 customer base; Page 61: Line 14; Page 62: Line 9; Page 65: Line 2-8; Page 71: Line 23; Page 73: Line 13; Page 86: Line 1; Page 87: Line 7; Page 93: Line 8; Page 97: Line 14; Page 103: Line 5 Page 104: Line 25 |
|  |  |

- 2 -

| Paterno, Rick | Page 3: Line 22-25; Page 4: Line 1-8,15-21; Page 6: Line 8-19; Page 7: Line 7-25; Page 8: Line 1-18; Page 9: Line 7-21; Page 11: Line 5-15; Page 12: Line 3-19; Page 16: Line 12-16; Page 17: Line 8-21; Page 18: Line 12-17; Page 20: Line 23-25; Page 21: Line 1-25; Page 22: Line 1-3; Page 23: Line 9-25; Page 24: Line 1-25; Page 25: Line 1; Page 26: Line 4-25; Page 27: Line 1-9; Page 27: Line 13-25; Page 28: Line 1-25; Page 29: Line 1-20; Page 30: Line 13-25; Page 31: Line 1-25; Page 32: Line 1-25; Page 33: Line 1-25; Page 34: Line 1-25; Page 35: Line 1-25; Page 36: Line 1-17-24-25; Page 37: Line 1-17; Page 41: Line 16-25; Page 44: Line 21-25; Page 45: Line 1-22; Page 46: Line 4-11; Page 48: Line 9-13 |
|---|---|
| Schreck, Muriel "Mim" | Page 6: Line 15-25; Page 7: Line 2-4; Page 10: Line 7-15; Page 11: Line 23-25; Page 17: Line 24-25; Page 18: Line 2-5; Page 26: Line 11-14; Page 29: Line 4-9,17-19; Page 42: Line 5-18; Page 43: Line 18-21; Page 44: Line 8-23; Page 46: Line 16-25; Page 47: Line 2-7, 20-25; Page 48: Line 2-9; Page 49: Line 19-25; Page 50: Line 2-25; Page 51: Line 2-3; Page 61: Line 25; Page 62: Line 1-25; Page 65: Line 2-23; Page 70: Line 8-25; Page 71: Line 1-18, 25; Page 72: Line 2-20; Page 80: Line 16-19; Page 89: Line 17-25; Page 90: Line 2-20; Page 96: Line 6-25; Page 97: Line 2-4; Page 101: Line 7-22; Page 102: Line 2-8; Page 104: Line 21-24; Page 113: Line 14-19; Page 114: Line 7-11; Page 127: Line 8-15; Page 135: Line 19-25; Page 136: Line 2-25; Page 137: Line 17-21; Page 139: Line 2-25; Page 140: Line 14-25; Page 145: Line 5-21; Page 146: Line 15-25; Page 147: Line 2-9; Page 149: Line 20-25; Page 150: Line 2-25; Page 151: Line 2-6; Page 170: Line 14-23; Page 179: Line 15-23, 24-25; Page 180: Line 2-6; Page 185: Line 3-25; Page 186: Line 2-18 |
| Orris, Jackie | Page 4: Line 7-16; Page 5: Line 17-25; Page 6: Line 1-15; Page 9: Line 11-25; Page 10: Line 1-7; Page 10: Line 14-25; Page 11: Line 1; Line 5-23; Page 13: Line 21-24; Page 23: Line 3-16; Page 25: Line 8-25; Page 26; Page 27: Line 1-5; Page 28: Line 20-25; Page 29: Line 1-12; Line 19-25; Page 30: Line |

|  | 1-13; Page 34: Line 15-25; Page 35: Line 1; Page 36: Line 21-25; Page 37: Line 1-8; 18-20; Page 38: Line 3-8; Page 42: Line 5-11; Page 44: Line 7-10; Page 45: Line 18-25; Page 46: Line 1-25; Page 47: Line 1-10; Page 51: Line 7-21; Page 58: Line 20-23; Page 65: Line 8--25; Page 66: Line 1-18; Page 74: Line 14-25: Page 91: Line 22-25; Page 92: Line 1-11; Page 94: Line 17-25; Page 95: Line 1-3; Page 96: Line 2-24; Page 97: Line 1-10; Page 99: Line 1-16; Page 106: Line 25; Page 107: Line 1-6; Page 108: Line 10-18; Page 119: Line 19-22 |
|---|---|
| DeColli, Aida Tejero | Page 7: Line 14-24, Page 8: Line 14-23; Page 10: Line 4-11; Page 12: Line 1-7; Page 13: Line 4-13; Page 15: Line 14-23; Page 18: Line 23-24; Page 19: Line 1-9; Page 22: Line 1-19; Page 36: Line 7-24; Page 37: Line 10-24; Page 38: Line 1-8; Page 42: Line 2-24, Page 43: Line 1-6; Page 45: Line 6-23; Page 49: Line 18-49. |