FILED
JAMES BONINI
CLERK

**UNITED STATES DISTRICT COURT** NOV 3    T. T.
**SOUTHERN DISTRICT OF OHIO** 2004 OCT 34  AM 11: 15
**WESTERN DIVISION**

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Howard Kerstine,
      Plaintiff,

        v.                                Case No.   1:02cv0080
                                                (Hogan, M.J.)

Nine West Group, Inc., et. al.,,
      Defendants.

## CIVIL MINUTES
### for a
### Final Pretrial Conference
### before the
## HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE

**COURTROOM DEPUTY:**
**LAW CLERK:** Karen Litkovitz
**COURT REPORTER:**
**DATE**:  November 3, 2004            **TIME:** 9:00 am

---

Attorney for Plaintiff(s):_____       Attorney for Defendant(s):_____

_Paul Tobias_                      _Peter Bulmer_

_David Kammer_               _____

### PROCEDURES

____✔ Counsel Present.

____✔ Case to proceed for trial on _11/15/2004_ .

Remarks:_____
_____
_____