UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF OHIO

| | |
|---|---|
| HOWARD KERSTINE, | CIVIL ACTION NO. C-1-02-080 |
| Plaintiff, | |
| v. | |
| NINE WEST GROUP INC., et al., | November 1, 2004 |
| Defendants. | |

**MOTION PURSUANT TO RULE 83.4(c) OF THE LOCAL
RULES OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
FOR ADMISSION OF PETER R. BULMER PRO HAC VICE**

Gary L. Greenberg ("Movant"), a member in good standing of the Bar of the State of Ohio, an attorney admitted to practice before the United States District Court for the Southern District of Ohio, and a member of Denlinger, Rosenthal & Greenberg, hereby moves the Court to enter an order permitting Peter R. Bulmer, a member of the law firm Jackson Lewis LLP, to practice pro hac vice before the United States District Court for the Southern District of Ohio to represent Nine West Group Inc. and Jones Apparel Group (collectively "Defendants"), pursuant to Rule 83.4(c) of the Local Rules of Civil Practice and Procedure of the United States District Court for the Southern District of Ohio ("Local Rule 83.4"). In support of the Motion, Movant states as follows:

1. Mr. Bulmer is a member in good standing of the Bar of the State of Illinois. He is admitted to practice before: the United States District Courts for the Northern District of Illinois, the Central District of Illinois, the Northern District of Indiana, the District of

Colorado, the Eastern District of Michigan, the Western District of Michigan, the Eastern District of Wisconsin, the Western District of Wisconsin; the United States Courts of Appeal for the Sixth, Seventh, and Eighth Circuits; and the United States Supreme Court. There are no disciplinary proceedings pending against him.

2. Attached hereto as Exhibit A is a letter of good standing from the Attorney Registration And Disciplinary Commission of the State of Illinois regarding Peter R. Bulmer, pursuant to Local Rule 83.4.

3. Movant requests that this Court allow this Motion so that Mr. Bulmer may file pleadings and appear and be heard at hearings and trial in the adversarial proceedings of this case.

4. Notice of this Motion has been provided to the attorneys for the Plaintiff, Howard Kerstine. In light of the nature of the relief requested, Movant submits that no other or further notice need be given.

5. No previous request for the specific relief sought herein has been made to this or any other Court.

WHEREFORE, Movant respectfully requests the Court enter an Order permitting Peter R. Bulmer to appear pro hac vice in association with the Movant as counsel to the Defendants in the adversarial proceedings of this case and granting such other relief as is just.

Dated: November 1, 2004
Cincinnati, Ohio

          Respectfully submitted,
          DEFENDANTS
          NINE WEST GROUP INC. and
          JONES APPAREL GROUP

By:    s/ Gary L. Greenberg
        Gary L. Greenberg (0023180)
        DENLINGER, ROSENTHAL
          & GREENBERG CO., L.P.A.
        425 Walnut Street
        Suite 2310
        Cincinnati, Ohio 45202
        (513) 621-3440 (Telephone)
        (513) 621-4449 (Facsimile)

        Trial Attorney for Defendants

## CERTIFICATION OF SERVICE

I hereby certify that on this 1st day of November, 2004, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

        s/ Gary L. Greenberg



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
**SUPREME COURT OF ILLINOIS**

One Prudential Plaza
130 East Randolph Drive
Chicago, IL 60601-6219
(312) 565-2600   (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838   (800) 252-8048
Fax (217) 522-2417

Peter R. Bulmer
Jackson, Lewis, LLP
320 West Ohio Street - Suite 500
Chicago, IL 60610

Chicago
Thursday, October 28, 2004

In re: Peter Rocco Bulmer
Admitted: 11/6/1986
Attorney No. 6192960

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Mary Robinson
Administrator

By: _____
Darryl R. Evans
Deputy Registrar

DRE



EXHIBIT A

Mon Nov  1 16:06:23 2004

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.   100 424638
Cashier          sjl

Tender Type   CHECK

Check Number: 13714

Transaction Type   N

DO Code    Div No      Acct
4661          1        6855XX

Amount              $    50.00

GARY L GREENBERG

PRO HAC VICE 1:02-CV080


Mon Nov  1 16:06:23 2004

Check No. 13714
Amount $   50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661