IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Case No.1:02cv0080

HOWARD KERSTINE                                               PLAINTIFF

v.

NINE WEST GROUP INC., et al.,                                 DEFENDANT

NOTICE TO COUNSEL SETTING THIS MATTER FOR JURY VOIR DIRE

Jury Voir Dire in this matter is scheduled for **Wednesday, November 10, 2004 at 1:00 pm before Magistrate Judge Timothy S. Hogan, in Courtroom 701.**

James Bonini, Clerk of Court

By: Arthur Hill, deputy clerk